P. Economakos for use of Amalgamated Trust and Savings Bank, appellant, v. The Live Stock National Bank of Chicago and Halsted Packing House, Inc., appellees. Gen. No. 38,919.

Opinion filed December 30, 1936.

Mandel Mendelson, for appellant. Ritsos, Solomon, Ritsos & Ritsos, for certain appellee; Zack T. Ritsos, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.